UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-CV-60707-DPG

JACQUES ROSIUS,

      Plaintiff,
vs.

CREDENCE RESOURCE MANAGEMENT, LLC,

      Defendant.
_____/

### JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix her electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| */s/Laura L. Hoy*<br>Laura L. Hoy, Esq.<br>Florida Bar No. 59025<br>Laura@fight13.com<br>Loan Lawyers, LLC<br>2150 S. Andrews Ave., 2nd Floor<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br><br>*Counsel for Plaintiff* | */s/Michael Schuette*<br>Michael Schuette, Esq.<br>Florida Bar No. 106181<br>mschuette@sessions.legal<br>Sessions, Fishman, Nathan & Israel, LLC<br>3350 Buschwood Park Dr., Suite 195<br>Tampa, FL 33618<br>Telephone: (813)440-5327<br>Facsimile: (866)209-0761<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 15, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Michael Schuette, Esq.
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618

*Counsel for Defendant*
Service by CM/ECF

                        LOAN LAWYERS, LLC
                        *Attorneys for Plaintiff*
                        2150 S. Andrews Ave., 2nd Floor
                        Fort Lauderdale, FL 33316
                        Telephone:  (954) 523-4357
                        Facsimile:  (954) 581-2786

                        */s/Laura L. Hoy* _____
                        Laura L. Hoy, Esq.
                        Florida Bar No. 59025
                        Laura@fight13.com